UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

United States of America,

                      Plaintiff,

-against-

                      Case No. 7:90-cr-780

Carl R. Fiorelli

                      Defendant.

---------------------------------------------------------------X

## ORDER

This case is administratively closed. The Clerk of Court is directed to terminate this case on the Court's docket.

Dated: August 26, 2022
Poughkeepsie, New York

SO ORDERED.

_____
Hon. Martin R. Goldberg
United States Magistrate Judge